JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Luis Villegas,**<br><br>    Plaintiff,<br><br>v.<br><br>**Baba Lela, LLC**, a California Limited Liability Company; **Nazir Jivani**; and Does 1-10,<br><br>    Defendants. | **Case** 2:18-cv-02268-JFW-PJWx<br><br>**Judgment** |

Upon review of the court files, the motion for summary judgment, the evidence submitted in support, of the motion, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Luis Villegas shall have JUDGMENT in his favor in the amount of $4,000.00 against defendants Baba Lela, LLC and Nazir Jivani.

Additionally, defendants Baba Lela, LLC and Nazir Jivani are ordered to provide an accessible path of travel from the public sidewalks on the exterior of the site to the entrance to the ARCO gas station shop at 9151 Painter Avenue, Whittier, California in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: January 8, 2019      _____
                                             United States District Judge

*Presented by*:
Russell Handy, Esq.
Attorney for Plaintiff

1

JUDGMENT                                                        Case: 2:18-cv-02268-JFW-PJW